JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
TAYLOR FERRELL
SHAUN M. PETTIGREW
Natural Resources Section
BRIENA L. STRIPPOLI
Wildlife and Marine Resources Section
150 M Street NE
Washington, D.C. 20001
Phone: (202) 305-0874 (Ferrell)
       (202) 305-3895 (Pettigrew)
       (202) 305-0339 (Strippoli)
taylor.ferrell@usdoj.gov
shaun.pettigrew@usdoj.gov
briena.strippoli@usdoj.gov
*Counsel for Federal Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PENDLETON DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, OREGON WILD, THE SIERRA CLUB, AND GREAT OLD BROADS FOR WILDERNESS,<br><br>Plaintiffs,<br><br>v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>OCHOCO TRAIL RIDERS, OREGON MOTORCYLE RIDERS ASSOCIATION, PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION, DESCHUTES COUNTY 4 WHEELERS, and THE BLUERIBBON COALITION,<br><br>Defendant-Intervenors | Case No. 2:17-cv-1004-SU (Lead Case)<br>Case No. 2:17-cv-1091-SU (Trailing Case)<br>***Case No. 2:17-cv-1366-SU (Trailing Case)***<br><br><br><br><br><br>**NOTICE OF SETTLEMENT OF PLAINTIFF'S APPLICATION FOR FEES (ECF NO. 115)** |

As reflected in the attached Stipulated Settlement Agreement and Release, the parties in Case No. 2:17-cv-1366-SU have agreed to resolve Plaintiff's Application for Fees Pursuant to the Equal Access to Justice Act (Application), ECF No. 115. Consistent with paragraph five of the Stipulated Settlement Agreement and Release, Plaintiff will withdraw its Application within ten days of receiving payment from Federal Defendants.

Respectfully submitted, December 13, 2019,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Shaun M. Pettigrew*
TAYLOR FERRELL
SHAUN M. PETTIGREW
Trial Attorneys
Natural Resources Section
BRIENA L. STRIPPOLI
Wildlife and Marine Resources Section
150 M Street NE
Washington, D.C. 20001
Phone: (202) 305-0874 (Ferrell)
(202) 305-3895 (Pettigrew)
(202) 305-0339 (Strippoli)
taylor.ferrell@usdoj.gov
shaun.pettigrew@usdoj.gov
briena.strippoli@usdoj.gov

*Counsel for Federal Defendants*

*/s/ R. Scott Jerger*
R. Scott Jerger (OSB #023377)
Field Jerger LLP
621 SW Morrison Street, Suite 510
Portland, Oregon 97205
(503) 228-9115
scott@fieldjerger.com

NOTICE OF SETTLEMENT - 1

*Counsel for Plaintiff OHA*

NOTICE OF SETTLEMENT - 2